# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA RAMOS, | ) | |
| | ) | 4:05CV3056 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| THE STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

Dated this 17th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court