IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA RAMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CV3056 |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION FOR STAY OF DISCOVERY PROCEEDINGS (#15) pending the district court's ruling on defendant's Motion to Dismiss (#13). Plaintiff's counsel advised the court that there is no objection. Because the Motion to Dismiss involves issues of immunity, I find that the motion should be granted.

**IT IS ORDERED:**

1.  Defendant's MOTION FOR STAY OF DISCOVERY PROCEEDINGS (#15) is granted.

2.  All discovery proceedings in this case, including the meet and confer requirements of Fed. R. Civ. P. 26(f) and initial disclosures, are hereby stayed until thirty (30) days after the district court rules on defendant's pending Motion to Dismiss (#13).

**DATED May 24, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge