**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ANGELA RAMOS,** | ) | **CASE NO. 4:05CV3056** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF RECUSAL** |
| | ) | |
| **STATE OF NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the Court file in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 24th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge