IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA RAMOS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Defendant. | 4:05CV3056<br><br>REASSIGNMENT ORDER |

　　　　Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 19) in the above matter,

　　　　IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

　　　　DATED this 25th day of May, 2005.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　**s/ Joseph F. Bataillon**
　　　　　　　　　　　　　　　　United States District Judge