IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA RAMOS, | ) | 4:05CV3056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 21) is granted, as follows: Plaintiff shall have until June 7, 2005, to respond to Defendant's motion to dismiss (filing 13).

DATED this 1st day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge