IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA RAMOS,              )<br>                                               )<br>          Plaintiff,            )<br>                                               )<br>     v.                                     )<br>                                               )<br>STATE OF NEBRASKA,   )<br>                                               )<br>          Defendant.         )<br>_____   ) | 4:05cv3056<br><br><br>ORDER |

The Clerk's Office has requested that Document Number 24 be stricken from the record for the following reason(s):

• Duplicate document of number 14.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 24 from the record. The plaintiff is directed to re-file the correct document.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge