```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

ANGELA RAMOS,                    )
                                 )
          Plaintiff,             )         4:05CV3056
                                 )
     v.                          )
                                 )
STATE OF NEBRASKA,               )         ORDER
                                 )
          Defendant.             )
                                 )
```

The plaintiff filed a motion to amend her complaint. Filing 23. The defendant did not respond to this motion. I have reviewed plaintiffs' proposed amended complaint and conclude the motion should be granted.

IT THEREFORE HEREBY IS ORDERED: The plaintiff's motion for leave to file an amended complaint, filing 23, is granted. The plaintiff's amended complaint shall be filed on or before July 11, 2005.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge