IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA RAMOS, | ) |
| Plaintiff, | )  4:05CV3056 |
| v. | ) |
| STATE OF NEBRASKA, | )  ORDER |
| Defendant. | ) |

    Assistant Nebraska Attorney General Vicki L. Adams has filed a motion to withdraw as counsel for the defendant State of Nebraska. Filing 27. Assistant Nebraska Attorney General Jennifer M. Tomka has now filed a notice of appearance on behalf of the State. See filing 29.

    IT THEREFORE HEREBY IS ORDERED: The motion to withdraw filed by Assistant Attorney General Vicki L. Adams, filing 27, is granted.

    DATED this 11th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge