# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ANGELO RAMOS,           )          4:05CV3056
                              )
               Plaintiff,     )
     vs.                  )        **ORDER**
                              )
THE STATE OF NEBRASKA and   )
JON C. BRUNING, Nebraska Attorney  )
General, in his official capacity,    )
                              )
            Defendants.    )

    Inasmuch as Plaintiff has filed an amended complaint with court approval,

    IT IS ORDERED that the State of Nebraska's motion to dismiss (filing 13) is denied without prejudice, as moot.

    July 18, 2005.           BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge