IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA RAMOS, | ) |
| | ) |
| Plaintiff, | )   4:05CV3056 |
| | ) |
| v. | ) |
| | ) |
| STATE OF NEBRASKA and JON C. BRUNING, | )   ORDER |
| | ) |
| Defendants. | ) |

On the court's own motion,

IT IS ORDERED:

The parties are given until ten days following the court's ruling on the pending motion to dismiss (filing 39), to "meet and confer" in accordance with Fed. R. Civ. P. 26(f) and report to the court on their planning meeting.

DATED this 13th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge